1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10  SCOTT BROWN,
    AKA SCOTT BARBER,
11
                Petitioner,          No. CIV S-06-0073 GEB KJM P
12
        vs.
13
    DIRECTOR OF CORRECTIONS, et al.,
14
                Respondents.         ORDER
15
    _____/
16

17            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

18  habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma

19  pauperis.

20            The application attacks a conviction issued by the Los Angeles County Superior

21  Court. While both this Court and the United States District Court in the district where petitioner

22  was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973),

23  any and all witnesses and evidence necessary for the resolution of petitioner's application are

24  more readily available in Los Angeles County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

25  /////

26  /////

                                              1

1          Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

2              1. This court has not ruled on petitioner's application to proceed in forma

3    pauperis; and

4              2. This matter is transferred to the United States District Court for the Central

5    District of California.

6    DATED:   10/19/06

7                                                    _____
                                                     UNITED STATES MAGISTRATE JUDGE
8

9
     1/mp
10   brow0073.108

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                                2